United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                Case No. 24-00548-MJC

Rebecca Lynn Saranchak                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rebecca Lynn Saranchak, 1729 West Norwegian Street, Pottsville, PA 17901-2109 |
| 5600916 | + | Comenity Capital Bank My Place, PO Box 10497, Greenville, SC 29603-0497 |
| 5607194 | + | REVCO SOLUTIONS, INC., 9339 PRIORITY WAY WEST DR #120, INDIANAPOLIS, IN 46240-6430 |
| 5600932 | + | Synchrony Bank Walmart Rewards, PO Box 10497, Greenville, SC 29603-0497 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5600917 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Apr 08 2024 18:48:00 | Credit Corp Solutions, 121 W Election Rd Ste 200, Draper, UT 84020 |
| 5600911 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 08 2024 18:46:38 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5600910 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 08 2024 18:47:10 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5600912 | ^ | MEBN | Apr 08 2024 18:44:24 | Capital One Bank USA N.A., 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 5600913 | + | Email/Text: bankruptcy@cavps.com | Apr 08 2024 18:49:00 | Cavalry Portfolio Serv, 1 American Ln, Greenwich, CT 06831-2563 |
| 5600914 | | Email/Text: bankruptcy@cavps.com | Apr 08 2024 18:49:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Dr, Ste 400, Valhalla, NY 10595-2321 |
| 5601475 | + | Email/Text: bankruptcy@cavps.com | Apr 08 2024 18:49:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5600915 | | Email/Text: bankruptcy@cavps.com | Apr 08 2024 18:49:00 | Citibank, 1 American Ln, Greenwich, CT 06831-2560 |
| 5600919 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 08 2024 18:47:14 | First Premier Bank, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 5600918 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 08 2024 18:47:45 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5600921 | | Email/Text: bankruptcy@kikoff.com | Apr 08 2024 18:48:00 | Kikoff Lending LLC, Attn: Bankruptcy, 75 Broadway, Ste 226, San Francisco, CA 94111-1458 |
| 5600920 | + | Email/Text: bankruptcy@kikoff.com | Apr 08 2024 18:48:00 | Kikoff Lending LLC, 75 Broadway, San Francisco, CA 94111-1423 |
| 5600923 | | Email/Text: PBNCNotifications@peritusservices.com | Apr 08 2024 18:48:00 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 5600922 | | Email/Text: PBNCNotifications@peritusservices.com | Apr 08 2024 18:48:00 | Kohl's, PO Box 3115, Milwaukee, WI 53201-3115 |

| | | | |
|---|---|---|---|
| 5602289 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Apr 08 2024 18:59:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5600924 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Apr 08 2024 18:58:50 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 5600925 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Apr 08 2024 18:48:00 | Midland Credit Managem, 320 E Big Beaver Rd, Troy, MI 48083-1271 |
| 5600926 | | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Apr 08 2024 18:48:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5600929 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Apr 08 2024 18:47:45 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5600928 | | Email/PDF: ebnotices@pnmac.com | |
| | | Apr 08 2024 18:58:51 | Pennymac Loan Services, LLC, Attn: Correspondence, Unit PO Box 514387, Los Angeles, CA 90051-4387 |
| 5600927 | | Email/PDF: ebnotices@pnmac.com | |
| | | Apr 08 2024 18:58:51 | Pennymac Loan Services, LLC, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5600930 | ^ | MEBN | |
| | | Apr 08 2024 18:43:27 | Synchrony Bank, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5600933 | | Email/Text: bankruptcies@uplift.com | |
| | | Apr 08 2024 18:48:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085-3869 |

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5600931 | *+ | Synchrony Bank, 120 Corporate Blvd, Norfolk, VA 23502-4952 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2024      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | |
| | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | |
| | TWecf@pamd13trustee.com |
| Jason Paul Provinzano | |

on behalf of Debtor 1 Rebecca Lynn Saranchak MyLawyer@JPPLaw.com
g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Rebecca Lynn Saranchak,
aka Rebecca L. Saranchak, aka Rebecca Saranchak,

Chapter        13

**Debtor 1**          Case No.        5:24−bk−00548−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**May 9, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: May 16, 2024<br><br>Time: 10:00 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CourtneyWojtowicz, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 8, 2024 |

ntcnfhrg (08/21)