IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Rebecca Lynn Saranchak aka Rebecca L. Saranchak aka Rebecca Saranchak<br>    Debtor(s) | CHAPTER 13 |
| PENNYMAC LOAN SERVICES, LLC<br>    Movant<br>vs.<br>Rebecca Lynn Saranchak aka Rebecca L. Saranchak aka Rebecca Saranchak<br>    Debtor(s)<br>Jack N. Zaharopoulos<br>    Trustee | NO. 24-00548 MJC<br><br>11 U.S.C. Section 362 |

## ORDER

Upon consideration of Movant's Motion for Relief from the Automatic Stay, after Notice and opportunity for a hearing, no responses having been filed, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1729 West Norwegian Street, Pottsville, PA 17901 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: December 16, 2024