# Notice Recipients

District/Off: 0314–5    User: AutoDocketer    Date Created: 12/16/2024
Case: 5:24–bk–00548–MJC    Form ID: pdf010    Total: 3

**Recipients of Notice of Electronic Filing:**
tr     Jack N Zaharopoulos     info@pamd13trustee.com
aty     Brent J Lemon     blemon@kmllawgroup.com
aty     Jason Paul Provinzano     MyLawyer@JPPLaw.com

TOTAL: 3