United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Rebecca Lynn Saranchak  
    Debtor

Case No. 24-00548-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jan 24, 2025      Form ID: ordsmiss      Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rebecca Lynn Saranchak, 1729 West Norwegian Street, Pottsville, PA 17901-2109 |
| 5600912 | | Capital One Bank USA N.A., 320 E Big Beaver Rd, Troy, MI 48083-1238 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5600917 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Jan 24 2025 18:51:00 | Credit Corp Solutions, 121 W Election Rd Ste 200, Draper, UT 84020 |
| 5600911 | | EDI: CAPITALONE.COM | Jan 24 2025 23:43:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5600910 | | EDI: CAPITALONE.COM | Jan 24 2025 23:43:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5600913 | + | Email/Text: bankruptcy@cavps.com | Jan 24 2025 18:51:00 | Cavalry Portfolio Serv, 1 American Ln, Greenwich, CT 06831-2563 |
| 5600914 | | Email/Text: bankruptcy@cavps.com | Jan 24 2025 18:51:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Dr, Ste 400, Valhalla, NY 10595-2321 |
| 5601475 | + | Email/Text: bankruptcy@cavps.com | Jan 24 2025 18:51:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5600915 | | Email/Text: bankruptcy@cavps.com | Jan 24 2025 18:51:00 | Citibank, 1 American Ln, Greenwich, CT 06831-2560 |
| 5600916 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2025 19:01:25 | Comenity Capital Bank My Place, PO Box 10497, Greenville, SC 29603-0497 |
| 5600919 | + | EDI: AMINFOFP.COM | Jan 24 2025 23:43:00 | First Premier Bank, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 5600918 | | EDI: AMINFOFP.COM | Jan 24 2025 23:43:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5616597 | + | Email/Text: BNCnotices@dcmservices.com | Jan 24 2025 18:51:00 | GEISINGER, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 5600921 | | Email/Text: bankruptcy@kikoff.com | Jan 24 2025 18:51:00 | Kikoff Lending LLC, Attn: Bankruptcy, 75 Broadway, Ste 226, San Francisco, CA 94111-1458 |
| 5600920 | + | Email/Text: bankruptcy@kikoff.com | Jan 24 2025 18:51:00 | Kikoff Lending LLC, 75 Broadway, San Francisco, CA 94111-1423 |
| 5600923 | | Email/Text: PBNCNotifications@peritusservices.com | Jan 24 2025 18:51:00 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 5600922 | | Email/Text: PBNCNotifications@peritusservices.com | Jan 24 2025 18:51:00 | Kohl's, PO Box 3115, Milwaukee, WI 53201-3115 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5616325 | | Email/Text: bncmail@w-legal.com | Jan 24 2025 18:51:00 | Landmark Strategy Group, LLC, C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 5602289 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2025 18:59:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5600924 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2025 19:00:16 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 5600925 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 24 2025 18:51:00 | Midland Credit Managem, 320 E Big Beaver Rd, Troy, MI 48083-1271 |
| 5612118 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 24 2025 18:51:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5600926 | | Email/Text: bankruptcydpt@mcmcg.com | Jan 24 2025 18:51:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5600929 | | EDI: PRA.COM | Jan 24 2025 23:43:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5616892 | | EDI: PRA.COM | Jan 24 2025 23:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5611815 | + | Email/PDF: ebnotices@pnmac.com | Jan 24 2025 19:01:41 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5600928 | | Email/PDF: ebnotices@pnmac.com | Jan 24 2025 19:01:44 | Pennymac Loan Services, LLC, Attn: Correspondence, Unit PO Box 514387, Los Angeles, CA 90051-4387 |
| 5600927 | | Email/PDF: ebnotices@pnmac.com | Jan 24 2025 19:00:47 | Pennymac Loan Services, LLC, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5607194 | + | Email/Text: shari.stephenson@revcosolutions.com | Jan 24 2025 18:51:00 | REVCO SOLUTIONS, INC., 9339 PRIORITY WAY WEST DR #120, INDIANAPOLIS, IN 46240-6430 |
| 5600930 | ^ | MEBN | Jan 24 2025 18:42:57 | Synchrony Bank, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5600932 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2025 19:13:41 | Synchrony Bank Walmart Rewards, PO Box 10497, Greenville, SC 29603-0497 |
| 5600933 | | Email/Text: bankruptcies@uplift.com | Jan 24 2025 18:51:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085-3869 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5600931 | *+ | Synchrony Bank, 120 Corporate Blvd, Norfolk, VA 23502-4952 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2025     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC blemon@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Rebecca Lynn Saranchak MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Rebecca Lynn Saranchak, <br> aka Rebecca L. Saranchak, aka Rebecca Saranchak, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:24−bk−00548−MJC |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*/s/ Mark J. Conway*

Mark J. Conway, United States Bankruptcy Judge

Dated: January 24, 2025

ordsmiss (05/18)